**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| KARL GOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  4:25-cv-01612-SEP |
| PROCTOR & GAMBLE | ) | |
| DISTRIBUTING, LLC, | ) | |
| LAZER SPOT, INC., and | ) | |
| DWAYNE WIEGAND, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF SUMMONS

NOW COMES plaintiff, Karl Goss, by and through his attorneys, Keith Short and

Associates, P.C., and hereby attaches summonses for the following individuals:

Dwayne Wiegand
2923 Staunton Road
Edwardsville, IL 62025

Lazer Spot, Inc.
R/A Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Plaintiff previously filed his Notice of Intent to Use Process Server for each

above-named Defendant.

> Respectfully submitted,
>
> /s/ Keith Short
> Keith Short, #44021
> Keith Short and Associates, P.C.
> 325 Market Street
> Alton, IL 62002
> Tel: (618) 254-0055
> Fax: (618) 254-1272
> keith@siltrial.com
> *Attorney for Plaintiff Karl Goss*

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served by electronic mail to the attorneys of record below on the 12th day of August, 2026:

David Renovitch
Goldberg Segalla, LLP
8000 Maryland Ave, Suite 640
St. Louis, MO 63105
drenovitch@goldbergsegalla.com
bbuhmann@goldbergsegalla.com
mguest@goldbergsegalla.com
dcarpenter@goldbergsegalla.com

_/s/ Erica N. Wallace_____